SCANNED at WVCF and Emailed on
5-18-22 (date) by SG (initials) - 3 (num) pages.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

MARZOND SHELLY

    Plaintiff    No. 2:22-cv-00045-PPS-JEM

V.

WILLIAM ALEXA,
JAMES HOWARD DOUGLAS
Judicial Officer,
JEFEREY CLYMER Judicial
Officer,
    Defendants.

MOTION TO DISMISS CAUSE OF ACTION

(1)

I, Marzono Shelly; Plaintiff hereby request to file notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) of the above cause of action.

WHEREFORE, I Marzono Shelly; request this court to dismiss the above mentioned cause of action and permit any and all other relief the court deem proper.

②

Sincerely Submitted

Marzono Shelly

Marzono Shelly Doc#951801
Wabash Valley Correctional Facility
6908 S. Old US Highway 41
P.O. Box 1111
Carlisle, Indiana 47838

## CERTIFICATE OF SERVICE

I, Marzono Shelly, hereby certify that I E-Filed Motion to Dismiss Cause of Action to United States District Court For the Northern District of Indiana this 17th day of May 2022 by E-Filing system.

③