## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| MARZONO SHELLY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause Number: 2:22-CV-45-PPS-JEM |
| WILLIAM ALEXA, *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

Pro se Plaintiff, Marzono Shelly, filed a Motion to Dismiss Cause of Action pursuant to Rule 41(a)(1).  [DE 8.]  Shelly requests voluntary dismissal of this cause of action.  Defendants have not yet filed an answer or motion for summary judgment in this matter.  Additionally, the motion does not indicate otherwise, so the dismissal will be without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

As the Motion to Dismiss [DE 8] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and the claims against Defendants William Alexa, James Howard Douglas, and Jeffrey Clymer are **DISMISSED WITHOUT PREJUDICE**.  Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: May 19, 2022.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**